# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  August 11, 2016                    D-45-16
_____

In the Matter of ANONYMOUS, an
   Applicant for Admission to              MEMORANDUM AND ORDER
   the Bar.

_____


Calendar Date:  June 23, 2016

Before:  Garry, J.P., Rose, Lynch, Clark and Aarons, JJ.


_____


Per Curiam.

        Applicant passed the February 2014 New York State bar exam and the State Board of Law Examiners certified him for admission to this Court (see 22 NYCRR 520.7).  This Court's Committee on Character and Fitness has completed its investigation of applicant's application for admission, including a personal interview of applicant (see 22 NYCRR 805.1).

        Applicant, who resides in Florida, also passed the Florida and New Jersey bar exams after law school graduation.  In October 2015, the Florida Board of Bar Examiners recommended that applicant be denied admission in Florida and that he be disqualified from reapplying for two years.  Applicant's application for admission in New Jersey is pending.  Applicant has a criminal record, including minor thefts and driving under the influence, and many traffic violations.  He also exhibited a lack of candor on his law school applications with respect to his background, and the Florida Board enumerated multiple examples of false or misleading answers on the applications.  He admitted that his lack of candor was caused in part by his concern that disclosure would cause denial of his law school applications.

        We conclude that applicant does not presently possess the character and general fitness requisite for an attorney and counselor-at-law and we therefore deny his application for admission (see Judiciary Law § 90 [1] [a]).

Garry, J.P., Rose, Lynch, Clark and Aarons, JJ., concur.


ORDERED that the application for admission is denied.




ENTER:

Robert D. Mayberger
Clerk of the Court